**Petition for Writ of Mandamus Denied and Memorandum Opinion filed July 11, 2019.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-19-00525-CV**

---

**IN RE MATT GUERRE, D.D.S., 1220 AUGUSTA DENTAL MANAGEMENT, LLC D/B/A COSMETIC DENTAL ASSOCIATES, AND SPIKER DAVIS, D.D.S., Relators**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-43848**

---

## MEMORANDUM OPINION

On July 2, 2019, relators Matt Guerre, D.D.S., 1220 Augusta Dental Management, LLC d/b/a Cosmetic Dental Associates, and Spiker Davis, D.D.S. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221;

*see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Dedra Davis, presiding judge of the 270th District Court of Harris County, to set aside her May 28, 2019 orders granting the motion for sanctions and the motion to compel filed by real party in interest. Relators also filed an emergency motion for temporary relief.

Relators have not presented a sufficient record to establish their entitlement to relief. *See Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (orig. proceeding). Accordingly, we deny relators' petition for writ of mandamus and emergency motion for temporary relief without prejudice.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Hassan.